AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Artemio Martinez-Gines<br><br>*Defendant(s)* | Case No. 8:24MJ1358CPT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 19, 2024__ in the county of __Polk__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry after deportation. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DO William Hemberger, ICE-ERO
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: MARCH 7, 2024

_____
*Judge's signature*

City and state: Tampa, Florida

CHRISTOPHER P. TUITE, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, William Hemberger, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since March 14, 2010.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of removable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. I submit this affidavit in support of a criminal complaint charging Artemio Martinez-Gines (**MARTINEZ-GINES**) a native and citizen of Mexico, with being an alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(a). The statements contained in this affidavit are based on my personal knowledge and experience, and reliable information from other law enforcement officers and computer databases. Because of the limited purpose of this affidavit, I have not included each and every fact known to me. Rather, I have included only those facts necessary to establish probable cause supporting the requested complaint.

## PROBABLE CAUSE

4. On or about February 19, 2024, the Polk County Sheriff's Office arrested **MARTINEZ-GINES** for Aggravated Battery with a Deadly Weapon.

5. On March 5, 2024, ICE Officers found **MARTINEZ-GINES** at the Polk County Jail, which is within the Middle District of Florida.

6. I performed an immigration records check using the Person Centric Query Service, and I reviewed the documents contained within **MARTINEZ-GINES'** Alien File ("A-File"). Upon reviewing these sources, I determined that **MARTINEZ-GINES** is a native and citizen of Mexico.

7. Prior to 2008, **MARTINEZ-GINES** entered the United States unlawfully. On September 15, 2008, **MARTINEZ-GINES** was ordered removed by U.S. Immigration Authorities and was subsequently removed on September 16, 2008.

8. At an unknown point thereafter, **MARTINEZ-GINES** again unlawfully entered the United States, his prior order of removal was reinstated, and he was removed on October 9, 2016.

9. **MARTINEZ-GINES'** fingerprints were submitted through Department of Homeland Security and Federal Bureau of Investigation biometric identification databases and compared with those taken prior to his removal from the United States. These databases indicate that the fingerprints are from the same person.

10. ICE-ERO is not aware of any evidence indicating that **MARTINEZ-**

**GINES** did not reenter the United States voluntarily.

11. No information exists, either in the A-File or the computer databases, showing that **MARTINEZ-GINES** has received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to either reenter the United States after having been previously removed or to reapply for admission to the United States after having been previously removed.

## CONCLUSION

12. Based on the foregoing information, I respectfully submit that probable cause exists to believe that Artemio Martinez-Gines is a citizen and national of Mexico and is an alien found in the United States without permission after removal, in violation of 8 U.S.C. § 1326(a).

_____
William Hemberger
Deportation Officer, ICE-ERO

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41 (d)(3), before me this ___7___ day of March, 2024

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge